Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff Kelvin Bragg

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN BRAGG | Case No.: 2:25-cv-02578-BNW |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S BRIEF |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

TO THE COURT:

Plaintiff Kelvin Bragg and Defendant Frank Bisignano, Commissioner of Social Security, by and through their attorneys, stipulate, subject to this court's approval, to extend the time by 13 days from March 27, 2026 to April 9, 2026 for Plaintiff to file his Plaintiff's Brief, with all other dates extended accordingly.

-1-

This is Plaintiff's first request for an extension. Counsel respectfully requests this extension due to an inadvertent calendaring error in the case management system, which was not discovered until this morning. The error resulted from selecting an incorrect due date. Counsel sincerely apologizes to the Court and affirms there was no intent to delay these proceedings.

///

///

///

The parties request that the briefing schedule be modified as follows: Plaintiff will file his Brief by April 9, 2026. Defendant will file his Brief by May 11, 2026. Plaintiff may file any optional reply within 14 days of the service of the Commissioner's Brief. The parties make this request in good faith.

DATE: March 30, 2026          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: _____
Marc V. Kalagian
Attorney for plaintiff Kelvin Bragg

DATE: March 30, 2026          TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NICOLE LEIBOW
Assistant United States Attorney

/s/ *Christopher Vieira*

BY: _____
Christopher Vieira
Special Assistant United States Attorney
Attorneys for defendant Frank Bisignano,
Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED: _____

THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: March 31, 2026 _____

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-3-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:25-CV-02578-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on March 30, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____

Marc V. Kalagian
Attorneys for Plaintiff